UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL LAMAR BERRY,

    Plaintiff,

v.

CATHERINE SHAFFER, et al.,

    Defendants.

Case No. 18-1588 JLR

**ORDER OF DISMISSAL**

The Court, having reviewed the complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(3)   This case is **dismissed with prejudice. The matter shall be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).**

(4)   The Clerk is directed to provide a copy of this Order to plaintiff.

DATED this 26th day of November, 2018.

            JAMES L. ROBART
            United States District Judge

ORDER OF DISMISSAL - 1